UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANNIBAL WHEATLEY, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

NEW YORK CITY CANNABIS EXCHANGE CORP.,
d/b/a NYCCE,

        Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

CASE #: 24-7346

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, STEWART WEISMAN hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for NEW YORK CITY CANNABIS EXCHANGE CORP., d/b/a NYCCE, defendant in the above-captioned action.

I am in good standing of the bar(s) of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 6, 2024

Respectfully Submitted,

Applicant Signature: _____

| | |
|---|---|
| Applicant's Name: | Stewart Weisman |
| Firm Name: | Centolella Law, P.C. |
| Address: | 5793 Widewaters Parkway, Suite 210 |
| City/State/Zip: | Syracuse, NY 13214 |
| Telephone/Fax: | 315.254.9254 |
| Email: | sweisman@centolellalegal.com |