## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

December 4, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 12D
New York, N.Y. 10007-1312
(212) 805-7973

      **Re:**    *Wheatley v. New York City Cannabis Exchange Corp.*
                **Case No.**  *1:24-cv-07346-JPC*
                <u>**Letter Motion for Extension in Light of Settlement**</u>

Dear Judge Cronan:

      Our office represents Plaintiff Hannibal Wheatley ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, New York City Cannabis Exchange Corp. ("Defendant"). We write now with the express consent of Defendant's attorney, counsel, Stewart L Weisman, to respectfully request that this Honorable Court issue an Order adjourning all upcoming proceedings sine die, including the Initial Pretrial Conference, which is scheduled for December 9, 2024, as a result of the parties reaching settlement. We are in the final stage of drafting a mutually agreeable Settlement Agreement which will be ready for execution within the next 14-days. We also apologize to the Court for not filing the Joint Letter and Proposed Scheduling order on December 2, 2024. For the Court's information, during the final phase of drafting the Joint Letter and Proposed Case Management Plan, while the parties were in communication regarding the upcoming conference, an agreement was reached and accepted to resolve this matter amicably.

Thank you for your understanding and consideration.

                                            Sincerely,

                                            Jon L. Norinsberg, Esq.
*Senior Partner*
*Attorney for Plaintiff*
*110 East 59th Street, Suite 2300*
*New York, New York 10022*
*Tel. No.: (212) 227-5700*
*Fax No.: (212) 406-6890*
jon@norinsberglaw.com